

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-18-00273-CV

_____

COLUMBIA MEDICAL CENTER OF ARLINGTON SUBSIDIARY L.P. D/B/A
MEDICAL CENTER ARLINGTON, COLUMBIA NORTH TEXAS SUBSIDIARY
GP, L.L.C., MERIDIAN ARLINGTON SNF, L.P. D/B/A ARBROOK PLAZA,
MERIDIAN HMG LONG TERM CARE, L.L.C., MAS GENPAR L.L.C., AND
HMG SERVICES, L.L.C., Appellants

V.

ANGELA CARTWRIGHT, INDIVIDUALLY AND AS REPRESENTATIVE OF THE
ESTATE OF CAROLYN MALLORY, DECEASED, Appellee

On Appeal from the 342nd District Court
Tarrant County, Texas
Trial Court No. 342-292449-17

Before Pittman, J.; Sudderth, C.J.; and Bassel, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

We have considered "Appellants Columbia Medical Center of Arlington Subsidiary, L.P. d/b/a Medical Center Arlington's and Columbia North Texas Subsidiary GP, L.L.C.'s Unopposed Motion to Dismiss Appeal." We grant the motion and dismiss the appeal as to the Columbia Appellants only. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

This case shall hereafter be styled "*Meridian Arlington SNF, L.P. d/b/a Arbrook Plaza, Meridian HMG Long Term Care, L.L.C., MAS Genpar L.L.C., and HMG Services, L.L.C. v. Angela Cartwright, Individually and as Representative of the Estate of Carolyn Mallory, Deceased.*"

The parties will be notified when a submission date has been set.

Each party must bear its own costs of appeal. *See* Tex. R. App. P. 42.1(d), 43.4.


Per Curiam

Delivered: June 6, 2019